IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.

CHRISTOPHER EPPS and
CECIL McCRORY

CRIMINAL NO. 3:14cr111 HTW-FKB



## MOTION AND ORDER TO SEAL

The United States of America requests that the Indictment herein be sealed, and represents the following:

The Grand Jury has returned an Indictment against the Defendants. Revealing the existence of the Indictment prior to the arrest of the Defendants would greatly impede the ongoing covert investigation of the Defendants' schemes and crimes, as well as others associated with those schemes and crimes. However, the Government requests that the U.S. Marshal Service and/or the United States Attorney's Office be allowed to make copies of the Indictment, Warrant, and any related documents available to other federal, state and local law enforcement agencies who request the same to facilitate the arrest and detention of the Defendants.

WHEREFORE, the United States requests that the Court SEAL the Indictment and Return, and this Motion and Order, pending the arrest of the Defendants and that copies be distributed to law enforcement agencies as needed to facilitate the arrest and detention for the Defendants.

Respectfully submitted,

GREGORY K. DAVIS
United States Attorney

By: _____
D. MICHAEL HURST, JR.
Assistant United States Attorney
MS Bar #99990

IT IS HEREBY ORDERED that the Indictment and Return herein be sealed, as well as this Motion and Order to Seal.

IT IS FURTHER ORDERED that the U.S. Marshal Service and/or the United States Attorney's Office shall make copies of the Indictment, Warrant, and any related documents available to other federal, state, and local law enforcement agencies who request the same.

ORDERED this 5th day of August, 2014.

_____
UNITED MAGISTRATE DISTRICT JUDGE