CRIMINAL CASE COVER SHEET    Page 1 of 2
U.S. District Court
PLACE OF OFFENSE:

CITY: Jackson

COUNTY: Hinds

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # 3:14cr111 HTW-FKB
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES  X  NO

MATTER TO BE SEALED:  X  YES ____ NO

NAME/ALIAS: Christopher B. Epps

**U.S. ATTORNEY INFORMATION:**

AUSA  D. Michael Hurst, Jr.   BAR # 99990

INTERPRETER:  X  NO ____ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:** ARREST DATE _____

____ ALREADY IN FEDERAL CUSTODY AS OF _____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG -5 2014
ARTHUR JOHNSTON
BY _____ DEPUTY

**U.S.C. CITATIONS**

TOTAL # OF COUNTS:  35  ____ PETTY ____ MISDEMEANOR  35  FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1  18:1349F | 18 U.S.C. 1349 | Conspiracy to Commit Honest Service Wire Fraud | 1 |
| Set 2  18:666A.F | 18 U.S.C. 666(a)(1)(B) | Bribery | 2-13 |
| Set 3  18:1956.4999.F | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 23 |
| Set 4  18:1346.F | 18 U.S.C. 1346 | Honest Services Wire Fraud | 24-27 |
| Set 5  31:5324F | 31 U.S.C. 5324(a)(3) | Structuring Transactions to Evade Reporting Requirements | 28-41 |

Date: 8/5/14   SIGNATURE OF AUSA: D. Mich_____

(Revised 2/26/10)

CRIMINAL CASE COVER SHEET     Page 2 of 2
U.S. District Court
PLACE OF OFFENSE:

CITY: Jackson

COUNTY: Hinds

RELATED CASE INFORMATION: 3:14cv111HTW-7CB
SUPERSEDING INDICTMENT _____ DOCKET #
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES  X  NO

MATTER TO BE SEALED:  X  YES ____ NO

NAME/ALIAS: Christopher B. Epps

**U.S. ATTORNEY INFORMATION:**

AUSA  D. Michael Hurst, Jr.   BAR # 99990

INTERPRETER:  X  NO ____ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**  ARREST DATE _____

____ ALREADY IN FEDERAL CUSTODY AS OF _____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 35 ____ PETTY ____ MISDEMEANOR  35  FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1  18:1956.3300.F | 18 U.S.C. 1956(a)(1)(B)(i) | Money Laundering | 42-43 |
| Set 2  26:7206B.F | 26 U.S.C. 7206(2) | False Tax Returns | 44-49 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

Date: 8/5/14   SIGNATURE OF AUSA: D. Michael [signature]

(Revised 2/26/10)