CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: Jackson

COUNTY: Hinds

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # 3:14cr111 HTW-FKB
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

DEFENDANT INFORMATION:

JUVENILE: ___ YES  X  NO

MATTER TO BE SEALED:  X  YES ___ NO

NAME/ALIAS: Cecil McCrory

U.S. ATTORNEY INFORMATION:

AUSA D. Michael Hurst, Jr.   BAR # 99990

INTERPRETER:  X  NO ___ YES   LIST LANGUAGE AND/OR DIALECT: _____

LOCATION STATUS:   ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG -5 2014
ARTHUR JOHNSTON
BY _____ DEPUTY

U.S.C. CITATIONS

TOTAL # OF COUNTS: 15   ___ PETTY   ___ MISDEMEANOR   X  FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1   18:1349F | 18 U.S.C. 1349 | Conspiracy to Commit Honest Services Wire Fraud | 1 |
| Set 2   18:666A.F | 18 U.S.C. 666(a)(2) | Bribery | 14-22 |
| Set 3   18:1956.4999.F | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 23 |
| Set 4   13:1346.F | 18 U.S.C. 1346 | Honest Services Wire Fraud | 24-27 |
| Set 5 | | | |

Date: 8/5/14   SIGNATURE OF AUSA: _D. Michael Hurst, Jr._

(Revised 2/26/10)