IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL NO. 3:14-cr-111-HTW-FKB |
| CHRISTOPHER EPPS and CECIL McCRORY | DEFENDANTS |

## ORDER

This case came before the undersigned on a request by the Government that the arraignment presently scheduled for October 23, 2014, be continued for a period of two weeks and that the indictment remain sealed until the arraignment.

This Court has previously held that sealing the indictment in this case is appropriate because revealing the existence of the indictment would impede an ongoing covert criminal investigation. This Court has further found that the Government has had a legitimate prosecutorial purpose for sealing the indictment since the indictment was returned by the Grand Jury and that this legitimate prosecutorial purpose may continue for some time into the future.

In making its present request, the Government has represented to the undersigned that the covert criminal investigation remains ongoing and that revealing the existence of the indictment on October 23, 2014, would impede the investigation in this matter. The Government requests that the arraignment and unsealing of the indictment be continued for two weeks in order to allow further investigation.

Having considered the Government's request, the undersigned finds that it is well-taken and should be granted. Specifically, the undersigned finds that the Government's legitimate prosecutorial purpose for sealing the indictment still exists and will continue on and after October 23, 2014, and that a two-week continuance of the arraignment and unsealing of the indictment should be granted to avoid impeding the covert criminal investigation in this matter.

Accordingly, this matter is hereby set for arraignment of Defendants on November 6, 2014, at 3:30 p.m. before the undersigned. If the Government's legitimate prosecutorial purpose continues on or after November 6, 2014, the Government may request that this Court continue the arraignment and unsealing of the indictment.

SO ORDERED this the 22nd day of October, 2014.

                                    /s/ F. Keith Ball
                                    UNITED STATES MAGISTRATE JUDGE