IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:14-cr-111-HTW-FKB

CHRISTOPHER B. EPPS and
CECIL MCCRORY

## ORDER TO UNSEAL

The United States of America request that the Indictment herein be unsealed, and represents the following: revealing the existence of the Indictment at this time would assist in the prosecution of the case.

WHEREFORE, the United States request that the Court UNSEAL the Indictment.

Respectfully Submitted,
GREGORY K. DAVIS
UNITED STATES ATTORNEY

By: /s D. Michael Hurst, Jr.
D. Michael Hurst, Jr.
Assistant United States Attorney
MS Bar No. 99990

CONSIDERING THE FOREGOING,

IT IS HEREBY ORDERED that the Indictment herein be unsealed.

SO ORDERED, this the 6th day of November, 2014.

_____
UNITED STATES MAGISTRATE JUDGE