PRAECIPE FOR SUMMONS



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:14CR111HTW-FKB

CHRISTOPHER L. EPPS
(Wherever Found)

The Clerk of said Court will issue summons returnable on Thursday, November 6, 2014, at 1:00 p.m., before F. Keith Ball, United States Magistrate Judge at 501 E. Court Street, Jackson, MS, an Information against the above-named defendant having been filed in the above-entitled cause on November 6th, 2014.

This 6th day of November, 2014.

GREGORY K. DAVIS
United States Attorney

By: _____
D. MICHAEL HURST, JR.
Assistant United States Attorney
MS Bar #99990

Summons issued: _____