IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:14-cr-111-HTW-FKB

CHRISTOPER B. EPPS and
CECIL MCCRORY

<u>O R D E R</u>

The above case has been set for TRIAL during the trial calendar term scheduled to begin at 9:00 a.m. on January 5, 2015, at the Federal Courthouse, 501 East Court Street, Sixth Floor, Courtroom No. 6A, Jackson, Mississippi, U.S. District Judge Henry T. Wingate, presiding.

All dispositive motions must be filed no later than December 29, 2014. The same, a copy of each motion and the original and one copy of the memorandum of authorities must be mailed to the Court at 501 East Court Street, Suite 6.750, Federal Courthouse, Jackson, Mississippi, 39201, and a copy of the motion and memorandum of authorities must be mailed to/served on government counsel, who will within ten (10) days of receipt submit to the Court an original and one copy of memorandum of authorities to reply and a copy to opposing counsel.

Dispositive motions will be decided on the memoranda of authorities unless the Court decides otherwise on its own motion or upon written request by counsel, in which event the evidentiary hearing or oral argument will be held on December 29, 2014.

All non-dispositive motions must be filed no later than December 11, 2014, and should be noticed for hearing before the United States Magistrate Judge for a date to be obtained from the Magistrate's Courtroom Deputy. It is the absolute responsibility of each attorney filing non-dispositive motions to consult with the Magistrate's Courtroom Deputy and opposing counsel to obtain a mutually acceptable hearing date.

Proposed 1) JURY INSTRUCTIONS, 2) EXHIBIT LIST and 3) WITNESS LIST must be electronically submitted to <u>Wingate_Chambers@mssd.uscourts.gov</u>, and copies to opposing counsel by January 2, 2015, at the latest:

1) <u>INSTRUCTIONS</u> - Opposing counsel is to be furnished with one copy of the jury instructions. These instructions must be numbered, separated, bear the style and number of the case and list authorities in support thereof at the bottom of each instruction.

2) <u>EXHIBIT LIST</u> - Opposing counsel is to be furnished with one copy of the exhibit list. The exhibit list must reflect the style and number of case, exhibit number and description. Leave Sponsor and ID or Evidence columns blank. <u>Double space between exhibits</u>. See attached exhibit list.

       3)    <u>WITNESS LIST</u> - Opposing counsel is to be furnished with one copy of the witness list.

SO ORDERED this the 6th day of November, 2014.

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE

I acknowledge receipt of this Order:

_____      _____
(Defendant Epps)                                 (Defense Counsel)

_____      _____
(Defendant McCrory)                           (Defense Counsel)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                         CRIMINAL NO.:  3:14-cr-111-HTW-FKB

CHRISTOPHER B. EPPS and
CECIL MCCRORY

EXHIBITS

| NUMBER | DESCRIPTION | SPONSOR I.D. | EVID. |
|---|---|---|---|
| G-1 | (Give a brief description of the exhibit) | (leave blank---------) | |
| D-1 | | | |