IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                                          CRIMINAL NO.  **3:14-CR-111-HTW-FKB**

CHRISTOPHER B. EPPS                                                     DEFENDANT

**MOTION FOR CONTINUANCE**

Comes Now, your Defendant, Christopher B. Epps, by and through counsel, and files this Motion for Continuance in the above styled and referenced cause, and as grounds in support of same, would state unto this Honorable Court the following to-wit:

I.

This trial in this matter is currently set for January 5, 2015 at 9:00a.m.

II.

Undersigned counsel has recently received the discovery material in this matter on December 9, 2014, which includes seventy-five (75) discs of material produced from the Government's lengthy (two-year) investigation of your Defendant.

III.

Undersigned counsel has spoken with Assistant United States Attorney Mike Hurst and has been informed that the Government has no objection to a continuance.

IV.

Your Defendant, after being fully advised of his rights pursuant to the Speedy Trial Act, hereby agrees to this request and specifically waives the time period covered by this continuance if granted, and further states that the request is not for delay, but, is in the interests of justice and fairness.

**WHEREFORE PREMISES CONSIDERED,** your Defendant, Christopher B. Epps, by and through undersigned counsel respectfully requests that this Motion for Continuance be received and considered by this Honorable Court and after same an Order issue granting continuance of the previously set trial date and all related deadlines in this cause.

This the 11th day of December, 2014

                Respectfully Submitted,

                CHRISTOPHER B. EPPS,
                DEFENDANT

                ***/s/ John M. Colette***,
                Attorney for Defendant


**JOHN M. COLETTE, MSB #6376**
**SHERWOOD A. COLETTE, MSB#103488**
John M. Colette & Associates
190 East Capital Street, Suite 475
Jackson, MS 39205-0861
(601)355-6277 Office
(601)355-6283 Facsimile
Colettelawms@gmail.com

## CERTIFICATE OF SERVICE

I, John M. Colette, do hereby certify that I have on this date filed the foregoing with the clerk, and have served a true and correct copy of same via the Court's electronic filing system on all parties of record.

This the 11th day of December, 2014.

                                                  */s/ John M. Colette*
                                                  John M. Colette

**JOHN M. COLETTE, MSB #6376**
**SHERWOOD A. COLETTE #103488**
John M. Colette & Associates
190 East Capital Street, Suite 475
Jackson, MS 39205-0861
(601)355-6277 Office
(601)355-6283 Facsimile
Email: colettelawms@gmail.com