IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATE OF AMERICA

v.   CRIMINAL NO.  3:14-cr-111-HTW-FKB

CHRISTOPHER B. EPPS

**GOVERNMENT'S UNOPPOSED MOTION FOR LEAVE TO FILE AS RESTRICTED OR UNDER SEAL**

COMES NOW the United States, by and through undersigned counsel, seeking leave from the Court to file as restricted or under seal certain sensitive documents regarding the Defendant so as to protect and guard against public disclosure of sensitive information contained herein.  The following exhibits are requested to be filed as restricted:

1. Defendant's BOP Medical Records, 2019-2021 (254 pages)

Accordingly, the United States respectfully requests this motion for leave to file as restricted or under seal be granted, and that an Order be entered with CM/ECF access permitted to counsel for both parties.  The Defense has indicated they have no objection to this motion.

Respectfully submitted, this the 17th day of June, 2021.

             DARREN J. LAMARCA
             Acting United States Attorney

    By: *s/Andrew W. Eichner*
       ANDREW W. EICHNER (MAB 690026)
       Assistant U.S. Attorney
       501 E. Court Street, Suite 4.430
       Jackson, MS 39201
       Ph: (601)965-4480
       Fax: (601)965-4409
       andrew.eichner@usdoj.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 17, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all attorneys of records.

  This the 17th day of June, 2021.

                *s/Andrew W. Eichner*
                ANDREW W. EICHNER
                Assistant U.S. Attorney